**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
LUSAIDA COLLADO,

                      Plaintiff,

     -against-                                    20 **CIVIL** 11112 (JLC)

## JUDGMENT

KILOLO KIJAKAZI,
Acting Commissioner,
Social Security Administration,

                      Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 6, 2022, Collado's motion for judgment on the pleadings is denied and the Commissioner's cross-motion is granted. Judgment is entered for the Commissioner.

**Dated:** New York, New York

       June 7, 2022

                                                                     **RUBY J. KRAJICK**
                                                                       **Clerk of Court**
                                      **BY:**      *K. Mango*
                                                                         **Deputy Clerk**